# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| T. MATTHEW PHILLIPS, et al.,<br>    Plaintiffs,<br>v.<br>VINCENT OCHOA, et al.,<br>    Defendants. | Case No. 2:21-cv-00483-APG-NJK<br><br>**ORDER** |

On March 25, 2021, the Court issued an order granting Plaintiff T. Matthew Phillips' motion to be permitted to file electronically subject to Plaintiff filing the proper registration form certifying that he has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events, no later than April 2, 2021. Docket No. 8. Plaintiff has failed to file the proper registration form or request an extension to do so. *See* Docket. Therefore, the Court **ORDERS** Plaintiff to file the required form, no later than April 13, 2021. Failure to do so will result in revocation of his permission to file electronically.

IT IS SO ORDERED.

Dated: April 6, 2021

                                                    Nancy J. Koppe<br>                                                    United States Magistrate Judge