# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| T. MATTHEW PHILLIPS, et al.,<br>        Plaintiffs,<br>v.<br>VINCENT OCHOA, et al.,<br>        Defendants. | Case No. 2:21-cv-00483-APG-NJK<br><br>**ORDER** |

On March 25, 2021, the Court granted Plaintiff T. Matthew Phillips' motion to be permitted to file electronically subject to Plaintiff filing the proper registration form certifying that he has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events, no later than April 2, 2021. Docket No. 8. Plaintiff failed to file the registration form. *See* Docket. On April 6, 2021, the Court ordered Plaintiff to file the registration form, no later than April 13, 2021. Docket No. 10. The Court cautioned Plaintiff that "[f]ailure to do so will result in revocation of his permission to file electronically." *Id.* Plaintiff has failed to either file the necessary registration form or request an extension to do so. *See* Docket. Accordingly, Plaintiff's permission to file electronically is hereby **REVOKED**.

IT IS SO ORDERED.

Dated: April 14, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1