# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| T. MATTHEW PHILLIPS and ALI SHAHROKHI,<br><br>　　Plaintiffs<br><br>v.<br><br>VINCENT OCHOA, et al.,<br><br>　　Defendants | Case No.: 2:21-cv-00483-APG-NJK<br><br>**Order** |

Last year, due to the COVID-19 pandemic the court closed the clerk's office intake window and established an email address for pro se litigants to file their documents with the clerk's office as an additional option to sending through the mail or delivering in person. The court has continued to offer pro se litigants email filing as a courtesy. However, some of plaintiff Ali Shahrokhi's recent filings have included profanities in the document name. The clerk's office asked Shahrokhi to stop doing so, but he declined. If Shahrokhi continues to file documents that include profanity or are otherwise unprofessional, I will terminate the courtesy of his ability to file via email.

DATED this 4th day of May, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE